ACCEPTED
14-15-00629-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 5:55:59 PM
CHRISTOPHER PRINE
CLERK

**Appellate Docket Number: 14-15-00629-CV**

**Appellate Case Style: Haven Chapel United Methodist vs. Brazoria County Commissioner's Court, William Michael Leebron II, and Marlene Mouchette**

**DOCKETING STATEMENT (CIVIL)**
**First Court of Appeals**
**[to be filed in the court of appeals upon perfection of appeal under TRAP 32]**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 5:55:59 PM
CHRISTOPHER A. PRINE
Clerk

| I.      Parties (TRAP 32.1(a), (e)): | |
|---|---|
| Appellant(s):<br><br>Haven Chapel United Methodist Church | Appellee(s):<br><br>Brazoria County Commissioner's Court<br>William Michael Leebron II<br>Marlene Mouchette |
| Attorney (lead appellate counsel):<br><br>Veronica L. Davis | Attorney (lead appellate counsel, if known; if not, then trial counsel):<br><br>Mary Shine<br>Russell Briggs |
| Address (lead counsel):<br><br>Veronica L. Davis<br>226 N. Mattson<br>West Columbia, Texas 77486<br>(979) 345-2953<br>vld57atal@yahoo.com | Address (lead appellate counsel, if known; if not, then trial counsel):<br><br>Mary Celine Shine<br>111 E. Locust Street<br>Angleton, Texas 77515<br><br>Leebron, Fibich, Copeland, Briggs, and Josephson<br>Russell Briggs<br>1150 Bissonett,<br>Houston, Texas 77005 |
| Telephone:(979) 345-2953<br>(include area code) | Telephone: Russell Briggs<br>(713) 751-0025;<br><br>Mary Shine (979) 849-5711 |
| Telecopy:<br>(include area code)<br><br>(979) 345-5461 | Telecopy:<br>(include area code)<br>Russell Btiggs Fax: (713) 750-0031<br>Mary Shine   Fax (979) 864-1712 |
| E-mail Address:<br>    vldavis57@yahoo.com | E-Mail Address:<br>rbriggs@fibichlaw.com<br>maryc@btazoria-county.com |
| SBN (lead counsel):<br>    05557300 | SBN (lead counsel)<br>Mary Shine 24028708<br>Russ Briggs 02987720 |

If not represented by counsel, provide appellant's/appellee's address, telephone number, and telecopy number. On Attachment 1, or a separate attachment if needed, list the same information stated above for any additional parties to the trial court's judgment.

**II.     Perfection Of Appeal And Jurisdiction (TRAP 32.1(b), (c), (g), (j)):**

| Date order or judgment signed: 04/10/.15 06/17/15 | Date notice of appeal filed in trial court: |
|---|---|
| (Attach a signed copy, if possible) | 04/29/15          07/17/15 (Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing)- Date |

| What type of judgment? (e.g., jury trial, bench trial, summary judgment, directed verdict, other (specify)) | Interlocutory appeal of appealable order: Yes ☐ No X |
| --- | --- |
| Grant of Defendant's Motion to Dismiss case for Failure of Plaintiff to File Expert Report<br><br>Rehearing/Reconsideration of Grant of New Trial | (Please specify statutory or other basis on which interlocutory order is appealable) (*See* TRAP 28)<br><br><br>Accelerated appeal (*See* TRAP 28): Yes ☐ No X<br><br><br>(Please specify statutory or other basis on which appeal is accelerated)<br><br><br>Appeal that receives precedence, preference, or priority under statute or rule? Yes ☐ No X<br><br>(Please specify statutory or other basis for such status) |

**III.    Actions Extending Time To Perfect Appeal (TRAP 32.1(d)):**

| Action | Filed<br>Check as appropriate | | Date Filed |
| --- | --- | --- | --- |
| Motion for New Trial | No  X | Yes | |
| Motion to Modify Judgment | No | Yes  X | 07/15/15 |

| | | | |
|---|---|---|---|
| Request for Findings of Fact and Conclusions of Law | No  X | Yes  ☐ | |
| Motion to Reinstate | No  X | Yes  ☐ | |
| Motion under TRCP 306a | No | Yes | |
| Other (specify): | No  X☐ | Yes  ☐ | |

**IV.  Indigency Of Party (TRAP 32.1(k)):**  (Attach file-stamped copy of affidavit)

| Event | Filed Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Affidavit filed | No  X | Yes | | |
| Contest filed | No  X | Yes  ☐ | | |
| Date ruling on contest due: | | | | |
| Ruling on contest: Sustained ☐      Overruled ☐ | | | | |

**V.  Bankruptcy (TRAP 8):**

Will the appeal be stayed by bankruptcy?     No          Date bankruptcy filed?

Name of bankruptcy court:                         Bankruptcy Case No.:

Style of bankruptcy case:

**VI.  Trial Court And Record (TRAP 32.1(c), (h), (i)):**

| Court: 149th Judicial District Court | County: Brazoria | Trial Court Docket Number (Cause No.): 62845 and 62845A |
|---|---|---|

<table>
<tr><td colspan="2">Trial Judge (who tried or disposed of case):

Hon. Terri Tiption Holder

Telephone Number:
(include area code) (979) 849-5711

Telecopy Number:
(include area code) (979) 864-1918
Address:111 E. Locust
 Angleton, Texas 77515</td><td colspan="2">Court Clerk (district clerk):
Rhonda Barchak

Telephone Number:
(include area code) (979) 864-1309

Telecopy Number:
(include area code) (979) 864-1770


Address:
111 E. Locust
Angleton, Texas 77515</td></tr>
<tr><td>Clerk's Record


Yes   X</td><td>Sworn copy for accelerated appeal

Yes   ☐

(*See* TRAP 28.3)</td><td>Will request  ☐

(Note: No request required under TRAP 34.5(a), (b))</td><td>Was requested on:


08/26/15</td></tr>
<tr><td colspan="2">Court Reporter or Court Recorder:

Robin Rios

Telephone Number:
(include  area code) (979) 847-5711

Telecopy Number:
(include  area code)

Address: 111 E. Locust, Angleton, Texas 77515</td><td colspan="2">Court Reporter or Court Recorder:



Telephone Number:
(include area code)

Telecopy Number:
(include area code)

Address:</td></tr>
<tr><td colspan="4">(Attach additional sheet if necessary for additional court reporters/recorders)</td></tr>
<tr><td colspan="2">Length of trial (approximate):</td><td colspan="2">State arrangements made for payment of court reporter/recorder:</td></tr>
<tr><td>Reporter's or Recorder's Record
(check if electronic recording  ☐)</td><td>None</td><td>Will request X
on Mouchette
only</td><td>Was requested on:</td></tr>
</table>

**VII.    Nature Of The Case (TRAP 32.1(f))** (Subject matter or type of case:  E.g., personal injury, breach of contract, workers' compensation, condemnation, DTPA, employment/labor, family code, juvenile, malpractice, probate, UCC, tax, oil & gas, real property or temporary injunction):
   Trespass to try title; Declaratory Judgment

<table>
<tr><td>**VIII.    Supersedeas Bond
        (TRAP 32.1(1)):**</td><td>None  X</td><td>Will file  ☐</td><td>Was filed on:</td></tr>
</table>

| | |
|---|---|
| **IX.** | **Extraordinary Relief:** Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court? Yes ☐ No ☐ If yes, briefly state the basis for your request.<br><br>    Unknown at this time |

| | |
|---|---|
| **X.** | **Alternative Dispute Resolution/Mediation (if applicable)** (As of 8/19/97, these programs exist in the 1st (Houston), 3rd (Austin), 4th (San Antonio), 5th (Dallas), 9th (Beaumont), 13th (Corpus Christi), and 14th (Houston)). (Use additional sheets, if necessary). |

| | |
|---|---|
| 1. | Should this appeal be referred to mediation? If not, why not.<br><br>Yes |

| | |
|---|---|
| 2. | Has the case been through an ADR procedure in the trial court?<br>If yes, answer the following:   No -<br><br>a. Who was the mediator?<br><br><br>b. What type of ADR procedure?<br><br><br>c. At what stage did the case go through ADR? (Specify pre-trial, trial, post-trial, other)<br><br><br>d. Rate the case for complexity. Use 1 for the least complex and 5 for the most complex. Circle one.<br><br>   1  2  3  4  5---- 3<br><br><br>e. Can the parties agree on an appellate mediator? If yes, give name, address, and telephone and telecopy numbers (with area codes). |

| | |
|---|---|
| | f. Languages other than English in which the mediator should be proficient:<br><br>   None |

| | |
|---|---|
| **XI.** | **Related Matters:** List any pending or past related **appeals or original proceedings** (e.g., mandamus, injunction, habeas corpus) before this or any other Texas appellate court by court, docket number, and style.<br><br>Petition for Writ of Mandamus 14-15-00500-CV<br>Appeal   14-15-00397-CV; Dismissed; Intelocutory |

**XII.**      Any other information requested by the court (see attachments, if any).

**XIII.**     **Signature:**

/s/ Veronica L. Davis

08/26/15

_____ Date: _____

Signature of counsel

(or pro se party)                         State Bar No.:05557300

Printed Name: Veronica L. Davis

**XIV.**     **Certificate of Service:** The undersigned certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on August 26, 2015 to Mary Shine at 111 E. Locust, Angleton, Tx. 77515 and Rusell Briggs at 11150 Bissonett, Houston, Texas 77005 by efiling.

/s/ Veronica L. Davis

_____

Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note:**     **Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:

(1)      the date and manner of service;

(2)      the name and address of each person served; and

(3)      if the person served is a party's attorney, the name of the party represented by that attorney.